IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES HICKS,, <br><br> Plaintiff, <br><br> v. <br><br> S. GATES, et al.,, <br><br> Defendants. | Case No. 2:24-cv-00054-DJC-DMC-P <br><br> ORDER |

Good cause appearing based on counsel's declaration indicating the need for additional time to evaluate whether Plaintiff qualifies for the exception to the "three-strikes" provision of the Prison Litigation Reform Act which would affect a motion for revocation of Plaintiff's in forma pauperis status, Defendants' Application for Extension of Time to file Response to Complaint, ECF No. 17, is granted. Defendants' response to the Complaint shall be filed on or before May 16, 2024.

IT IS SO ORDERED.

Dated: April 18, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE