IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES HICKS,<br><br>  Plaintiff,<br><br>  v.<br><br>S. GATES, et al.,<br><br>  Defendants. | No. 2:24-CV-0054-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the parties' stipulation for voluntary dismissal upon reaching a settlement agreement, ECF No. 22, this action has been closed. Pending before the Court in this closed action is Plaintiff's motion, ECF No. 24, to withdraw from the settlement agreement. Defendants shall file a response to Plaintiff's motion within 14 days of the date of this order.

  IT IS SO ORDERED.

Dated: August 30, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE