1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MICHAEL JAMES HICKS,                    No.  2:24-CV-0054-DJC-DMC-P

12                    Plaintiff,

13         v.                                                 ORDER

14   S. GATES, et al.,

15                    Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pursuant to the parties' stipulation for voluntary dismissal upon reaching a

19   settlement agreement, this action has been closed.  Pending before the Court in this closed action

20   is Plaintiff's motion to withdraw from the settlement agreement.  See ECF No. 24.  At the Court's

21   direction, Defendants have filed an opposition.  See ECF No. 27.

22            According to Plaintiff, based on his trust account statement dated August 20, 2024,

23   which is attached to Plaintiff's motion, Defendants have not adhered to an oral agreement as to

24   how settlement proceeds would be applied to Plaintiff's various obligations.  See ECF No. 24.

25   Defendants have provided the written settlement agreement as Exhibit A to their opposition.  See

26   ECF No. 27, pgs. 6-9.  According to the agreement dated July 8, 2024, Defendants are to pay

27   $807.95 within 180 days in exchange for a complete release.  See id.  No written representations

28   are recorded with respect to how settlement proceeds would be applied to debts reflected on

Plaintiff's prison trust account statement.  See id.  Given that the 180-day period has not yet expired, and because no written representations regarding application of settlement proceeds to Plaintiff's debts are reflected in the settlement agreement, the Court finds that Defendants are not at this time in breach of the agreement.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to withdraw from the settlement agreement, ECF No. 24, is denied.

Dated:  September 18, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2